IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 08-11387 |
| ) | |
| LEWIS H. BACON, IV, and ) | Hon. George J. O'Toole, Jr. |
| GMAC MORTGAGE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### AMENDED ORDER CONFIRMING SALE
### AND DIRECTING DISTRIBUTION OF SALE PROCEEDS

Plaintiff United States of America has requested the following Order confirming the sale of one (1) parcel of real property located at located at 85 Farrwood Road, Unit #2, North Andover, Massachusetts ("the Property") and directing the Clerk of Court to distribute the sale proceeds.

IT IS THEREFORE ORDERED THAT the sale of the real property, identified as 85 Farrwood Road, Unit #2, North Andover, Massachusetts ("Property"), which is more fully described as:

```
UNIT: 85FW-2
PERCENTAGE INTEREST: 0.2185%
AREA: 850 sq. ft.
UNIT POST OFFICE ADDRESS:        85 Farrwood Avenue, Unit #2
                                 North Andover, MA 01845
```

The UNIT contains the AREA listed above and is laid out as shown on a plan recorded herewith, which is a copy of a portion of the plans filed with the Master Deed and to which is affixed a verified statement in the form provided for in G. L. c. 183A, Section 9.

The UNIT is conveyed together with the above-listed PERCENTAGE INTEREST (a) in the common areas and facilities of the Condominium, as described in the Master Deed,

and (b) in the Heritage Green Condominium Trust, recorded with said Registry of Deeds at Book 2273, Page 130.

to Jessica M. Soucy for the sum of $110,500 is HEREBY CONFIRMED. The IRS shall issue a deed for the Property to Jessica M. Soucy forthwith.

The proceeds of the sale shall be distributed as follows:

1. To PALS (payable to the United States Treasury) for the costs
   of the judicial sale in the amount of                                $ 2,978.65

   c/o Wendy Belair, Technical Services Advisor
   Internal Revenue Service
   80 Daniel St., Room 304
   Plymouth, NH 03801

2. To GMAC Mortgage Corp. for its unpaid mortgage lien
   to the extent provided by 26 U.S.C. §6323(e) in the amount of        $59,786.12
   (Calculated to May 27, 2010)

   c/o Maura K. McKelvey
   Hinshaw & Culbertson, LLP
   One International Place, Third Floor
   Boston, MA 02110

3. To the United States Department of Justice
   (payable to the United States Treasury) to be applied to the federal
   tax liabilities of Lewis H. Bacon for the income tax years 1997 and
   2001-2004, in the amount of                                          $47,735.23
                                                                   + any accrued interest

   c/o William E. Thompson,
   Department of Justice, Tax Division, Office of Review
   P.O. Box 310
   Ben Franklin Station
   Washington, D.C. 20044

Dated this _17th_ day of _September_ 2010.

_____
GEORGE A. O'TOOLE, JR.
United States District Judge